**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF ROGER MORALES, by and through its successor in interest Pauline Morales; PAULINE MORALES, individually,<br><br>Plaintiffs,<br><br>v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY DEPARTMENT OF HEALTH SERVICES, a public entity; ROBERT G. LUNA, in his individual and official capacities; and DOES 1 through 10, individually,<br><br>Defendants. | Case No. 2:24-cv-10144-MWC-MAR<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE (DKT. [66])**<br>**[JS-6]** |

Upon review of the parties' Joint Stipulation of Dismissal (Dkt. # 66), stipulating that this action be dismissed with prejudice, the Stipulation is **GRANTED**. The Stipulation is signed by both parties who have appeared in this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); C.D. Cal. L.R. 7-1. Accordingly, this entire action is **DISMISSED WITH PREJUDICE**. All parties will bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: October 2, 2026

Honorable Michelle Williams Court
United States District Judge